IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

HEATHER BARTHEL, on behalf of    )
T.M.B., a minor,                 )
                                 )
            Plaintiff,           )
                                 )
v.                               )        No. CIV-08-60-L
                                 )
MICHAEL J. ASTRUE,               )
Commissioner, Social Security    )
Administration,                  )
                                 )
            Defendant.           )

# **O R D E R**

Plaintiff brings this action pursuant to 42 U.S.C. § 405(g) for judicial review of

the final decision of the Commissioner of the Social Security Administration denying

the application on behalf of her minor child for supplemental security income benefits

under the Social Security Act.   Pursuant to 28 U.S.C. § 636(b), this matter was

referred to the Honorable Doyle W. Argo for initial decision.  On July 15, 2009, Judge

Argo issued a Report and Recommendation recommending that the Commissioner's

decision be reversed and this matter remanded for further proceedings.

The court file reflects that no party objected to the Report and

Recommendation within the time limits prescribed.  Having conducted a de novo

review of this matter, the court finds that the Report and Recommendation should

be adopted in its entirety.   The decision of the Commissioner is therefore

REVERSED.  This matter is REMANDED to the Commissioner for further proceedings.  Judgment will issue accordingly.

It is so ordered this ___11th___ day of August, 2009.


TIM LEONARD
United States District Judge